UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER LIZARRAGA, aka FRANCISCO J. LAZARRAGA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>M.S. EVANS-WARDEN,<br><br>　　　　Respondent. | Case No. CV 08-2174-SJO(RC)<br><br>JUDGMENT |

　　Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

　　IT IS ADJUDGED that the First Amended Petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

　　　　　　　　　　　　　　　　　　　　/S/ S. James Otero

DATE:　　8/13/08　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R-MDO\08-2174.jud
8/11/08